387 A.2d 925

Reliance Insurance Company, Appellant, v. Gulf
Insurance Company, et al.

Argued November 16, 1977. George I. Buckler, with him John E. Kunz, for appellant; Louis Anstandig, with him Frederick N. Egler, for appellees.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

387 A.2d 925

Robinson, Appellant, v. Chamberlin's Exterminating
System, et al.

Argued December 8, 1977. Leon W. Silverman, with him Dennis L. Friedman, for appellant; Jonathan D. Herbst, with him Detweiler, Hughes & Kokonos, for appellees.

Order affirmed.

HOFFMAN, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.